**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

MAR 23 2018

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In the Matter of: JOSE R. SOLANO, | No. 17-56393 |
| Debtor, | D.C. No. 2:17-cv-02158-FMO |
| ------------------------------ | |
| JOSE R. SOLANO, | MEMORANDUM* |
| Appellant, | |
| v. | |
| WELLS FARGO BANK, N.A., | |
| Appellee. | |

Appeal from the United States District Court
for the Central District of California
Fernando M. Olguin, District Judge, Presiding

Submitted March 13, 2018**

Before: LEAVY, M. SMITH, and CHRISTEN, Circuit Judges

Chapter 7 debtor Jose R. Solano appeals pro se from the district court's

---

\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\** The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

order denying his amended motion to withdraw the automatic reference to the bankruptcy court. This court has an obligation to review whether we have appellate jurisdiction. *Breed v. Hughes Aircraft Co.*, 253 F.3d 1173, 1177 (9th Cir. 2001). We dismiss for lack of appellate jurisdiction.

We lack jurisdiction over this appeal because "orders denying motions for withdrawal of reference are . . . not final appealable orders." *Abney v. Kissel Co. (In re Kissel Co.)*, 105 F.3d 1324, 1325 (9th Cir. 1997) (order).

**DISMISSED.**